# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **PHILLIP ANGEL SENTENO**,<br><br>                     Petitioner,<br>   vs.<br><br>**STATE OF CALIFORNIA; DERRAL ADAMS, Warden,**<br><br>                     Respondents. | CASE NO. 08cv0694-JLS(JMA)<br><br>**ORDER GRANTING RESPONDENTS' APPLICATION FOR STAY OF ORDER GRANTING HABEAS CORPUS RELIEF PENDING APPEAL**<br><br>[Dkt No. 15] |

By Order entered December 8, 2009, this Court granted state prisoner Phillip Angel Senteno's 28 U.S.C. § 2254 habeas corpus petition for relief from Governor Arnold Schwarzenegger's decision to reverse the Board of Parole Hearing's grant of parole.  Pursuant to Rule 8 of the Federal Rules of Appellate Procedure, Respondents now move for a stay of that Order pending appeal.  In consideration of the unsettled state of the law in this area, and for good cause shown, **IT IS HEREBY ORDERED:**

1.   Respondents' Application for a stay to preserve the *status quo* pending the outcome of the appeal is **GRANTED**.

2.   Respondents shall promptly notify this Court of the Ninth Circuit's *en banc* ruling in Hayward v. Marshall, 512 F.3d 536, 542d (9th Cir.), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008) or the result of their appeal, whichever occurs soonest, along with appropriate stay disposition briefing.

**IT IS SO ORDERED**.

DATED:  December 18, 2009

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge